JAMES D. BAIN, ADMINISTRATOR, SUBSTITUTED FOR DONALD L. POMEROY, DECEASED, v. NATIONAL CITY COMPANY, ALSO KNOWN AS CITY COMPANY OF NEW YORK, INC.[1]

December 31, 1943.

No. 32,988.

---

[1] Reported in 13 N. W. (2d) 6.

*James D. Bain* and *Norman D. Arvesen,* for appellant.
*Doherty, Rumble, Butler, Sullivan & Mitchell,* for respondent.
*O'Brien, Horn, Stringer & Seymour, amici curiae.*

PER CURIAM.

For the reasons stated in the opinion in Donaldson v. Chase Securities Corp. 216 Minn. 269, 13 N. W. (2d) 1, the order sustaining the demurrer to the amended complaint in the case at bar must be reversed.

So ordered.